```
             UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF GEORGIA
```

**TRUSTEE'S SUPPLEMENTAL REPORT**
**FOLLOWING CONFIRMATION HEARING**

```
CASE NO.   R18-42916-PWB        PAUL W. BONAPFEL, JUDGE
DEBTOR(S): SHEENEQUA MACK       DATE: MARCH 6, 2019

     BRANDI L. KIRKLAND REPORT BACK IN 10 DAYS

     WHETHER THE DEBTOR(S) PLAN PAYMENTS ARE CURRENT.

     THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

     RECOMMENDS AGAINST CONFIRMATION BECAUSE:
     THE DEBTOR(S) PLAN PAYMENTS REMAIN DELINQUENT.
     PLEASE ENTER AN ORDER OF DISMISSAL.




                              _____/s/_____
                              BRANDI L. KIRKLAND, ATTORNEY
                              STATE BAR NO. 423627
```

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303-1740
(404) 525-1110
brandik@atlch13tt.com

R18-42916-PWB

**CERTIFICATE OF SERVICE**

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

SHEENEQUA MACK
1666 WOODLAWN ROAD
CHATSWORTH, GA 30705-5917

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

ROBERT RICKMAN
RICKMAN & ASSOCIATES, PC


This 26th day of March 2019



_____/s/_____
Brandi L. Kirkland, Attorney
State Bar No. 423627








Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia 30303-1740
(404) 525-1110
brandik@atlch13tt.com